AO 91 (Rev. 11/11)  Criminal Complaint

DOA: 3/12/23

# UNITED STATES DISTRICT COURT
for the
District of Arizona

United States of America                    )
                v.                                   )
Arnoldo Renteria-Moreno,                     )    Case No. 23-3078mJ
a.k.a: Arnoldo Renteria Moreno,              )
a.k.a: Arnoldo Renteria-Mareno,              )
(A #087 908 486)                             )

            *Defendant*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about March 12, 2023, in Maricopa County, in the District of Arizona, the defendant violated Title 8, United States Code, Section 1326(a), an offense described as follows:

Arnoldo Renteria-Moreno, an alien, was found in the United States at or near Tonopah, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about June 24, 2013, and not having obtained the express consent of the Secretary of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).  I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

CHARLES BAILEY    Digitally signed by CHARLES BAILEY
                     Date: 2023.03.13 12:59:49 -07'00'

REVIEWED BY:  Charles E. Bailey Jr., P.S. for AUSA LeighAnn M. Thomas

☒ Continued on the attached sheet.

CHRISTOPHER L SPOHN   Digitally signed by CHRISTOPHER L SPOHN
                        Date: 2023.03.13 13:07:23 -07'00'

                     *Complainant's signature*

                     Christopher L. Spohn,
                     Deportation Officer
                     *Printed name and title*

Sworn to telephonically.

Date:  March 13, 2023 @ 1:26 pm

                     *Judge's signature*

City and state:  Phoenix, Arizona

                     Michael T. Morrissey,
                     United States Magistrate Judge
                     *Printed name and title*

**STATEMENT OF PROBABLE CAUSE**

I, Christopher L. Spohn, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer, with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On or about March 12, 2023, in Tonopah, Arizona, an officer with the National Forest Service (NFS) encountered Arnoldo Renteria-Moreno after responding to sounds of a firearm being discharged.  The NFS officer suspected Renteria-Moreno to be illegally present in the United States and contacted the Phoenix ICE Law Enforcement Agency Response (LEAR) unit for assistance. An ICE officer interviewed Renteria-Moreno telephonically and determined him to be a citizen of Mexico, unlawfully present in the United States.  The NFS officer transported Renteria-Moreno to the Phoenix ICE office for further investigation and processing.  Renteria-Moreno was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Arnoldo Renteria-Moreno to be a citizen of Mexico and a previously deported alien.  Renteria-Moreno was removed from the United States to Mexico, through Nogales, Arizona, on or about June 24, 2013, pursuant to a final order of removal issued by an immigration official. There is no record of

1

Renteria-Moreno in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Renteria-Moreno's immigration history was matched to him by electronic fingerprint comparison.

4. On or about March 12, 2023, Ernesto Renteria-Moreno was advised of his constitutional rights. Renteria-Moreno freely and willingly acknowledged his rights but declined to provide a statement under oath.

5. For these reasons, I submit there is probable cause to believe that on or about March 12, 2023, Arnoldo Renteria-Moreno, an alien, was found in the United States at or near Tonopah, in the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States at or near Nogales, Arizona, on or about June 24, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

6. This affidavit was sworn to telephonically before a United States Magistrate Judge legally authorized to administer an oath for this purpose. I have thoroughly reviewed the affidavit

///

///

///

2

and the attachments to it, and attest that there is sufficient evidence to establish probable cause that the defendant violated Title 8, United States Code, Section 1326(a).

CHRISTOPHER L SPOHN  Digitally signed by CHRISTOPHER L SPOHN
Date: 2023.03.13 13:09:55 -07'00'

Christopher L. Spohn,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to telephonically
this 13th day of March, 2023.

Michael T. Morrissey,
United States Magistrate Judge

3